UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REVEREND PATRICK MAHONEY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| -vs- ) | |
| ) | Civil Action No. _____ |
| THE UNITED STATES MARSHALS ) | |
| SERVICE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

James M. Henderson, Sr., a member of the bar of this Court, certifies that he caused a copy of the Verified Complaint, the Motion for a Preliminary Injunction with Exhibits, the Proposed Order Granting Injunction, the Plaintiffs' Statement of Points and Authorities, and this Certificate of Service to be served on all parties required to be served, by hand delivery thereof, in both electronic format on CD ROM and in paper copy format, to:

Hon. Alberto Gonzalez
Attorney General of the United States
United States Department of Justice
Washington, DC

Civil Process Clerk
Office of the U.S. Attorney for the District of Columbia
555 4th Street NW
Washington, DC  20001

Gerald M. Auerbach, General Counsel
Office of General Counsel
Department of Justice
U.S. Marshals Service
Washington, DC 20530-1000

Certificate of Service Page 1

Keith Morgan, AUSA
Office of the United States Attorney for the District of Columbia
555 4th Street NW
Washington, DC  20001

    This 9th day of September, 2005.

                Respectfully submitted,

                                      /s/
                James Matthew Henderson Sr. # 452639
                  *Counsel of Record*
                The American Center for Law and Justice
                201 Maryland Avenue NE
                Washington, DC  20002
                Telephone:    (202) 546-8890
                Facsimile:    (202) 337-3167

                *Attorneys for the Plaintiffs*