

FILED

SEP - 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

REVEREND PATRICK MAHONEY, et al., )
)
    Plaintiffs, )
) CASE NUMBER 1:05CV01786
-vs- )
) JUDGE: Royce C. Lamberth
THE UNITED STATES MARSHALS )
SERVICE, et al., ) DECK TYPE: TRO/Preliminary Injunction
)
    Defendants. ) DATE STAMP: 09/09/2005

## MOTION FOR A PRELIMINARY INJUNCTION

The Plaintiffs respectfully pray the Court enter an Order, in the nature of a Preliminary Injunction, in the form submitted with this Order, enjoining and restraining the United States Marshals Service, John Doe Marshals 1 through 5, and all those in active concert with them, from arresting, harassing, or intimidating the Plaintiffs, Reverend Patrick Mahoney, Troy Newman, and the Christian Defense Coalition, while they conduct their prayer vigil and demonstration on the public sidewalk across the street from the main entrance to St. Matthew's Cathedral in Washington, the District of Columbia.

For, and in support of the motion, Mahoney, Newman, and the Christian Defense Coalition have annexed hereto their declarations sworn on penalty of perjury, other supporting exhibits, and a Statement of Points and Authorities Supporting the Motion, and a proposed Order granting the motion.

WHEREFORE, the plaintiffs respectfully pray that the Court grant their motion and issue the requested preliminary injunction order in the form submitted herewith, or in a form such as justice and the rights of the parties requires.

Dated: September 1, 2005.

Respectfully submitted,

*[signature]*

James Matthew Henderson Sr. # 452639
*Counsel of Record*
The American Center for Law and Justice
201 Maryland Avenue NE
Washington, DC 20002
Telephone:   (202) 546-8890
Facsimile:    (202) 546-8623

*Attorney for the Plaintiffs*