# **EXHIBIT 3**

## SWORN DECLARATION OF BRENNA SULLENGER

I, Brenna Sullenger, hereby declare under penalty of perjury:

1. I am a citizen of the United States and of the State of Kansas.

2. I am competent to testify to the matters asserted herein.

3. The facts described herein are those known to me because I was present when they occurred and observed their occurrence at the time.

4. The photographs attached to this sworn declaration were taken by me on October 5, 2003, in Washington, the District of Columbia, directly within the vicinity of St. Matthew's Cathedral, during the Red Mass.

5. I was at St. Matthew's Cathedral on October 5, 2003, to participate in a prayer vigil and demonstration related to the legal cases involving public displays of the Ten Commandments; while in that vicinity, I familiarized myself with the surroundings.

6. The photographs attached to this sworn declaration fairly and accurately depict the circumstances, times and locations that they purport to depict.

7. I visited the Washington, DC, area on the weekend before the Supreme Court opened its new Term of Court.

8. On Sunday, October 5, 2003, I arrived at St. Matthew's Church with Rev. Pat Mahoney, Ken Reed, Bob Jewitt, John and Deborah Giles around 8:45 am.

9. Our purpose in going to the vicinity of St. Matthew's that day was to hold signs across the street from the Red Mass at St. Matthew's Church.

10. I noticed that the street portions of Rhode Island Avenue were blocked off by police tape as was a portion of the sidewalk on the side of the street across from the Cathedral.

11. I also noticed that United States Marshals were standing near the corner.

12. Reverend Patrick Mahoney went to talk to one of the Marshals, and I went with him, as I was taking pictures of what was happening.

**05 1786**

Mahoney, et al., v. United States Marshals Service, et al.,
Civil Action No. _____ (D.D.C. 2005)
Page 1 of 3

**FILED**

SEP - 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

13.   Reverend Mahoney introduced himself and explained that we had arranged with DC police to stand across the street with signs displaying the 10 Commandments.

14.   At first, the Marshal told us that only people going to the Mass could walk down the street, but when Reverend Mahoney asked how the officer knew all the people walking by were going to the Mass if they were not being asked, he told us that we could go into the service, or stand on across the street and watch, but we would not be allowed to stand on the street with our signs.

15.   Reverend Mahoney said that he felt the need to challenge that order.

16.   He waited until after the rest of our people were to arrive.

17.   He explained the situation to them and after they had prayed, Reverend Mahoney and I walked across Rhode Island Avenue along the outside of the police tape.

18.   Next, Reverend Mahoney, carrying a sign depicting the Ten Commandments, went to stand where the media was standing.

19.   I started to follow, but a Marshal told me to get back behind the line or be arrested, so I went behind the line.

20.   Reverend Mahoney was on the same side of the police line as the media and was escorted by a Marshal toward the line.

21.   Reverend Mahoney then attempted to kneel, and a second Marshal took his other arm and dragged him outside of the police line.

22.   Reverend Mahoney dusted himself off and returned to the inside of the police line where he was arrested.

23.   A woman from Alabama picked up Pat's sign, which was on the ground and was immediately arrested.

24.   Father Daniel Sparks picked up the sign and held it while the woman was being arrested, then he was arrested.

25.   I went across the street to the same side as the Cathedral to try to get some more pictures, but the sidewalk had been taped off at the corner, so I went back to where I had been standing.

Mahoney, et al., v. United States Marshals Service, et al.,
Civil Action No. __ __ __ __ (D.D.C. 2005)
Page 2 of 3

26.   When I got there, I noticed a man from Alabama and Troy Newman had also been arrested.

27.   Pastor Donald Ely was arrested a while later, although I did not see that take place.

28.   We were able to find out from one of the Metro Police where they would all be taken, and then made plans to have them picked up.

29.   The pictures that I took during this incident are attached hereto and marked as Sullenger 1 through 32.

FURTHER YOUR DECLARANT SAYETH NOT.

I, Brenna Sullenger, in accord with Title 17 U.S.C. § 1726, hereby declare that the foregoing statement and the facts asserted therein, are true and correct under the penalty of perjury of the State of Kansas.

Brenna Sullenger

Done this 26 day of August, 2005.



















































FEDERAL OF SAINT MALTA ?











