UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REVEREND PATRICK MAHONEY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-1786 |
| ) | (RCL) |
| U.S. MARSHALS SERVICE, et. al., ) | |
| ) | |
| Defendants. ) | |

**PRAECIPE**

The Clerk of Court will please enter the appearance of Assistant United States Attorney Stratton Strand as attorney for Defendant U.S. Marshals Service.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

/s/
STRATTON C. STRAND, D.C. Bar #464992
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7236