UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| REVEREND PATRICK MAHONEY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. MARSHALS SERVICE, et. al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-1786<br>)  (RCL)<br>)<br>)<br>) |

### DEFENDANT U.S. MARSHALS SERVICE'S CONSENT MOTION
### TO EXTEND OPPOSITION DEADLINE

Defendant U.S. Marshals Service ("Defendant" or "USMS"), through counsel, hereby moves to extend by <u>two business days</u> its deadline to submit an opposition to Plaintiffs' Motion for a Preliminary Injunction ("PI Motion"). In support of this motion, Defendant respectfully refers the Court to the attached memorandum of points and authorities.

Pursuant to LCvR 7(m), Defendant's counsel has consulted with Plaintiffs' counsel concerning this motion. Plaintiffs consent to the motion.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney

_____
STRATTON C. STRAND, D.C. Bar #464992
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| REVEREND PATRICK MAHONEY, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>U.S. MARSHALS SERVICE, et. al., )<br>)<br>Defendants. )<br>) | Civil Action No. 05-1786<br>(RCL) |

## MEMORANDUM OF POINTS AND AUTHORITIES
## IN SUPPORT OF DEFENDANT U.S. MARSHALS SERVICE'S
## CONSENT MOTION TO EXTEND OPPOSITION DEADLINE

1. Pursuant to Fed. R. Civ. P. 6(b)(1), a deadline set by court order may be extended for good cause if the extension request is made before the expiration of the period prescribed.

2. Pursuant to LCvR 65.1(c) and Fed. R. Civ. P. 6(a), an opposition to an application for a preliminary injunction must be filed within 5 business days after service of the application. See Fed. R. Civ. P. 6(a) (when period prescribed is less than 11 days, intermediate Saturdays, Sundays, and legal holidays excluded from computation). LCvR 65.1(c) does not appear to contemplate the filing of a reply.[1]

3. Plaintiffs filed the complaint herein on Friday, September 9, 2005. The Civil Division of the U.S. Attorney's Office received Plaintiffs' PI Motion on Monday, September 12, 2005. Accordingly, Defendants' opposition is due Monday, September 19, 2005.

---

[1] LCvR 65.1(c) reduces the normal period for an opposition from 11 calendar days (see LCvR 7(b)) to 5 business days. Given this alteration, the rule presumably would define a shorter-than-normal period for replies if replies were permitted.

4.      Defendants plan to respond to Plaintiffs' PI Motion by submitting an opposition brief, supported by declarations from USMS officials who were responsible for security at past Red Mass events, and who will be responsible for security at this year's Red Mass event. In order to obtain declarations from these officials, and have time to prepare a thorough brief explaining Defendants' legal position, the undersigned will need until Wednesday, September 21, 2005.

5.      Plaintiff consents to the requested extension.

6.      The requested extension should not impact the ability of the Court to resolve Plaintiffs' PI Motion before this year's Red Mass event, which will take place on Sunday, October 2, 2005.

WHEREFORE, Defendants respectfully request that their deadline to file an opposition to Plaintiff's PI Motion be extended through Wednesday, September 21, 2005.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney

_____
STRATTON C. STRAND, D.C. Bar #464992
Assistant United States Attorney