UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REVEREND PATRICK MAHONEY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. MARSHALS SERVICE, et. al., <br><br> Defendants. | Civil Action No. 05-1786 <br> (RCL) |

## ORDER

UPON CONSIDERATION of Defendant U.S. Marshals Service's Consent Motion to Extend Opposition Deadline, its memorandum of points and authorities in support thereof, the lack of any opposition thereto, and the record herein, and it appearing that good cause exists for the requested extension, it is this _____ day of _____, 2005,

ORDERED, that Defendant's motion be, and hereby is, GRANTED, and it is further,

ORDERED, that Defendant shall have until Wednesday, September 21, 2005, to file its opposition to Plaintiff's Motion for a Preliminary Injunction.

_____
ROYCE C. LAMBERTH
United States District Court Judge

cc:     By ECF