UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| REVEREND PATRICK MAHONEY, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> U.S. MARSHALS SERVICE, et. al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 05-1786 (RCL) |

## DECLARATION OF SUSAN GIBBS

I, Susan Gibbs, do hereby state that:

(1) I am Secretary of Communications for the Archdiocese of Washington ("ADW"). I have held this position since 1998. Since 1998, I have managed ADW's media relations for the annual Red Mass. I serve as a liaison both to the media who wish to attend the event and to the various security forces that provide security. I will have these liaison functions at this year's Red Mass as well, which is scheduled to take place at 10 a.m. on Sunday, October 2, 2005.

(2) Since 1952, the Red Mass has been celebrated annually in Washington, D.C., on the Sunday before the first Monday in October, to coincide with the new term of the Supreme Court of the United States. Government officials, diplomats, and people of all faiths attend the mass to invoke God's blessing and guidance in the administration of justice.

(3) The Red Mass enjoys a rich history. Originating centuries ago in Rome, Paris, and London, its name derives from the traditional color of the vestments worn by celebrants of the Mass. Over the centuries, the Red Mass marked the official opening of


GOVERNMENT EXHIBIT A

the judicial year of the Sacred Roman Rota, the Tribunal of the Holy See. During the reign of Louis IX, Saint Louis of France, La Sainte Chapelle in Paris was designated as the chapel for the mass; the chapel now is used only once during the year, solely for the Red Mass. Since the Middle Ages, and continuing even during World War II, English judges and lawyers have attended the Red Mass annually at Westminster Cathedral. In 1928, old St. Andrew's Church in New York City inaugurated the tradition in the United States. Since then, the Red Mass has been celebrated annually there and in many cities across the United States.

(4)    In Washington, the John Carroll Society sponsors the Red Mass. Founded in 1951, the John Carroll Society assists the Archbishop of Washington in his works of charity and other community projects. The Society draws its approximately 1,000 members from all areas of metropolitan Washington's professional and business life, and considers as its primary purpose the enhancement of its members' spiritual, intellectual and social fellowship. Jane Sullivan Roberts, wife of Chief Justice nominee John Roberts, is a member of the Board of Governors.

(5)    Washington's Red Mass traditionally has been celebrated at the Cathedral of St. Matthew the Apostle, located at 1725 Rhode Island Avenue, N.W. The mass is attended each year by hundreds of people, including Supreme Court Justices, White House officials, Cabinet members, high-level clergy, state and local government officials, foreign dignitaries, judges from the federal, state, and local judiciary, and members of the press. The Cathedral seats approximately 1,000 people.

(6)    Unless the President attends the Red Mass, security is provided each year by the U.S. Marshals Service. The Marshals Service sets up a controlled-access area

around St. Matthews, with Rhode Island Avenue between 17th Street and Connecticut Avenue closed to vehicular traffic. The only vehicles allowed on the closed portion of Rhode Island Avenue are the vehicles of the Supreme Court Justices and other dignitaries, which are permitted to drop off and pick up the dignitaries directly in front of the Cathedral.

(7)    In my capacity as media-relations liaison, I manage credentialing to the members of the media who wish to cover the Red Mass. Media seating inside the Cathedral is limited to reporters and producers, as well as a C-SPAN audio crew. They must have a recognized, government-issued press pass (a "hard pass"). In limited circumstances, if it is prearranged, a journalist from a Catholic publication and known to me in advance may be permitted in the media section. No media cameras are permitted inside the Cathedral once the security sweep has been done prior to the Mass until after the conclusion of the Mass and the departure of the dignitaries. The only exceptions are two print photographers, one from the John Carroll Society and one from the Catholic Standard, who may enter during the homily; they must be escorted by a member of my staff at this time.

(8)    Among the media outlets that generally attend the Red Mass every year are C-SPAN, ABC, CNN, Associated Press, Catholic Standard, The Hill, Legal Times, Washington Times, and others. I request each year that the Marshals Service place the broadcast press on the sidewalk directly across Rhode Island Avenue from the Cathedral, within the controlled-access area, so that the press can obtain close-up and unobstructed photography of the event. This site is identified in news releases sent by the ADW to media outlets. Upon arrival of media, I or another ADW media staff person greets them.

If they are not known to us, we ask which outlet they represent and check credentials. The location of the press has been worked out in consultation with the John Carroll Society, the Cathedral, and those responsible for security. Because the press who are permitted inside the controlled-access area have been vetted, I believe they pose no security threat to the attendees of the mass.

(9)   It is not uncommon for protesters to demonstrate outside the Cathedral before and after the mass. We have found it to be problematic when protestors and the general public are intermingled with the media. Security is a major factor in positioning the media across the street from the Cathedral. We feel security is compromised when a separate area for credentialed media is not provided in the space directly across from the Cathedral's entrance. Further, protestors and/or their signs can block the media, thereby preventing them from their professional work. Unsuspecting bystanders also are at risk of being physically hit inadvertently by a photographer rushing to get a specific photograph. For these reasons, after internal discussion, the ADW several years ago asked those charged with security to mark off an area for the media.

(10)  This approach was most recently implemented during the September 7, 2005 funeral of the Chief Justice of the United States, which was held at the Cathedral. This approach maintains a secured area for the credentialed media while providing separate, nearby space for the general public and protestors outside the controlled-access area. I believe that, to ensure the security of the dignitaries arriving and departing from the Cathedral, it is appropriate for there to be a buffer zone between the general public and protesters—who, unlike the press, have not been vetted in advance of the event—and the area where the dignitaries arrive and depart the Cathedral.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

September 19, 2005  
Date

*Susan Gibbs*  
SUSAN GIBBS