UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REVEREND PATRICK MAHONEY, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>U.S. MARSHALS SERVICE, et. al., )<br>)<br>Defendants. )<br>) | Civil Action No. 05-1786<br>(RCL) |

### DECLARATION OF ROBERT BRANDT

I, Robert Brandt, do hereby state that:

1. I am a Supervisory Deputy Marshal in the D.C. Superior Court Division of the United States Marshals Service. I have been employed by the Marshals Service since September 1995, and have been a supervisor since March 2004. I will be the Supervisor in Charge of the Marshals Service security operation at this year's Red Mass. At last year's event, I was Assistant Supervisor in Charge.

### Background

2. The annual Red Mass is a ceremony that signals the beginning of each new judicial year. It is attended by high level officials of the judicial, executive, and legislative branches of the federal government as well as state, local, and foreign leaders. It is being held this year as in recent years at Saint Matthew's Cathedral in Washington D.C., which is located at 1725 Rhode Island Avenue, N.W. The event is open to members of the general public as far as the Cathedral's seating capacity allows. By virtue of its role in protecting members of the



GOVERNMENT EXHIBIT B

judiciary, see 28 U.S.C. § 566(e)(1)(A), the Marshals Service has assumed principle responsibility for providing security for the attendees both inside and outside the Cathedral.

3. The Supreme Court police and other law enforcement entities will be providing personal security for their respective protectees.

4. Should the President of the United States decide to attend the mass, all security operations would be assumed by the United States Secret Service. See 18 U.S.C. § 3056.

### Protective Considerations

5. As Supervisor in Charge, I have been involved in the development of the Marshals Service security plan to protect the jurists and other dignitaries attending the 2005 Red Mass. The Marshals Service security plan requires coordination with federal, state, and local law enforcement to ensure that protective measures will be employed effectively and with a minimum disruption to the surrounding community.

6. The large number of public officials and other dignitaries that attend this event, many on little or no notice, creates a substantial aggregate security threat. The Marshals Service considers the event a reasonably likely target for individuals who might seek a public forum for an attack or for disruption of the event. Our concern has been augmented this year by the recent national media focus on the Supreme Court and its prospective new members.

7. The Marshals Service has not yet been apprised of the complete list of dignitaries who will be attending this year's mass. We know that the mass will be attended by Supreme Court Justices, United States District Court Judges, and Superior Court Judges. In years past, the event also has been attended by White House officials (President Clinton attended during his administration), Cabinet members, federal legislators, state and local government officials,

foreign dignitaries, and high-ranking officials of the Catholic Church. We expect many of the same types of dignitaries to attend this year.

8.  As the event approaches and more information about attendees becomes available, our assessment of the threat level may be further upgraded. It is clear, however, that significant security concerns exist, even without factoring in any threats to specific attendees.

## Protective Measures

9.  At every Red Mass, the Marshals Service creates a controlled-access area around the Cathedral to ensure the physical safety of the attending dignitaries. At this year's Red Mass, the controlled-access area will be in effect starting one hour before the mass begins and continuing until one hour after the mass has ended. Establishing a controlled-access area will allow us to ensure that only persons attending the mass and credentialed press (together, "authorized persons") gain access to the immediate vicinity of the Cathedral. All other persons attempting to enter the controlled-access area, whether by vehicle or on foot, will be re-routed. We wish to prevent the general (non-attending) public from loitering in the controlled-access area so as to reduce the possibility of an individual positioning himself or herself near the Cathedral and waiting for a target of opportunity.

10.  In evaluating the size and scope of the controlled-access area, the Marshals Service considers a number of factors including emergency vehicle access, the potential for emergency evacuation of the attendees and other building occupants, and the set-off distances necessary to mitigate the effectiveness of a variety of weapons.

11.  To create the controlled-access area, the Marshals Service will use barricades to close Rhode Island Avenue between 17th Street and Connecticut Avenue, and will use police tape

to limit access to the sidewalks on both sides of Rhode Island Avenue. Because the street and sidewalks in question are District of Columbia, as opposed to federal, property, I have obtained the concurrence of the responsible city officials to create the controlled-access area. I have attached hereto as Exhibit 1 a diagram showing the location of the controlled-access area.

12. The only vehicles permitted in the controlled-access area will be the vehicles of specified dignitaries, which will enter through the 17th Street barricade and drop off the dignitaries (as well as pick them up after the mass) directly in front of the Cathedral's center door. This area, which will be the length of two sedans and two sedans wide, will be designated the dignitary drop-off/pick-up area. The dignitary drop-off/pick-up area will be closed to all members of the public except the arriving/departing dignitaries. (The dignitary drop-off/pick-up area is shown on Exhibit 1 as the rectangle designated "VIP").

13. All pedestrians permitted within the controlled-access area will be routed through a single entry point on the west end of the sidewalk that runs in front of the Cathedral. (See Exhibit 1, notation "PED"). Deputy Marshals will be stationed at the pedestrian entry point—as well as at other points around, outside, and within the controlled-access area—to ensure that only authorized persons enter the controlled-access area and that, once inside, they do not endanger the arriving and departing dignitaries. Outside the controlled-access area, the Marshal Service will not impose any restrictions. The Marshals Service considers everything outside the controlled-access area to be a public area.

14. As circumstances dictate, the Marshals Service may decide to suspend the perimeters of the controlled-access area during the conduct of the ceremony itself.

## First-Amendment Considerations

15.   To ensure that the protective measures described above have a no more substantial impact on free speech than reasonably necessary, a specially-designated area will be established within the controlled-access area for credentialed members of the press. This area will have direct access by sight and sound to the front entrance of the Cathedral. Placement of the press in close proximity to the event will promote the general public's First Amendment interests.

16.   The media area will be located on the sidewalk directly across Rhode Island Avenue from the center door of the Cathedral. The area will be 30 feet long by 6 feet deep, and will be clearly marked. (See Exhibit 1, notation "Press"). I have attached hereto as Exhibit 2 a true copy of a photograph showing the area of the sidewalk where the media will be placed. (The media area will extend 15 feet to the left and 15 feet to the right of the tree box shown in Exhibit 2). Use of the media area will be restricted to members of the press who have coordinated their presence with, and been cleared by, the Archdiocese of Washington. All equipment used in the media area will be cleared by Deputy Marshals before it is set up. With these safeguards, I believe the media will pose no threat to arriving and departing dignitaries.

17.   A specially-designated demonstrator area will be established outside the controlled-access area on the M Street sidewalk closest to the Cathedral, roughly 20 yards from the dignitary drop-off/pick-up area. The demonstrator area will be clearly marked with police tape or small barriers (e.g. bicycle stands). Use of the demonstrator area will be restricted to persons professing to be demonstrators. Demonstrators also will be free to demonstrate anywhere else outside the controlled-access area.

18.   The demonstrator area will be a roughly 250 square-foot area immediately to the

left of the BB&T building as you face the Cathedral. It will have an unobstructed view of the front of the Cathedral (the press area being slightly to the right as you face the Cathedral), and it will be close enough to arriving and departing dignitaries for the demonstrators to make themselves heard without voice amplification.

19. I have attached hereto as Exhibit 3 a true copy of a satellite photograph showing the demonstrator area. It is the area from the left edge of the BB&T building (see Exhibit 3, notation "BB&T") to the right edge of the grassy area; and from the south side of the seating island extending 10 feet toward M Street. I have marked the demonstrator area on Exhibit 3 with a rectangular box. (Note that the distance from the BB&T building to right edge of the seating island is 10 feet, and that the distance from the left edge of the seating island to right edge of the grassy area is 10 feet. The seating island itself is 5 feet wide). I have attached hereto as Exhibits 4 and 5 true copies of photographs showing the view of the Cathedral the demonstrators will have from the demonstrator area. Exhibit 4 is taken from the right side of the seating island as you face the Cathedral; Exhibit 5 is taken from the left side of the seating island as you face the Cathedral. Exhibits 4 and 5 also show the location of the media area in relation to the demonstrator area. (See also Exhibit 1, notations "Press" and "Demo").

20. I anticipate that the demonstrator area will provide adequate space for at least 50 people holding signs. Based on past experience, this should be sufficient to accommodate all demonstrators. (I understand that, in 2003, there were roughly 30 demonstrators. In 2004, the only demonstrators were Reverend Mahoney and his wife.) If there are more demonstrators than the area can accommodate, or if they do not wish to be in the demonstrator area, they will be free to demonstrate anywhere else outside the controlled-access area, i.e. anywhere in the public area.

21.     Demonstrators will be permitted to engage in speech making, to hold prayer vigils or religious services, to display signs or placards, and to engage in any other type of expressive activity. No person, however, will be permitted to disrupt the Red Mass activities, violate the law, or endanger the attendees of the Red Mass or the officials providing security at the mass.

22.     My reasons for placing the demonstrator area on the M Street sidewalk are two-fold. First, because the demonstrators, unlike the media, will not have been vetted before the event, there is a much greater concern about their posing a threat to attending dignitaries. Having the demonstrator area roughly 20 yards from the dignitary drop-off/pick-up area will provide a buffer zone between the demonstrators and the arriving and departing dignitaries. The buffer zone will ensure that dignitaries are not within accurate range of any projectiles, and that, should one of the demonstrators enter the controlled-access area, the security personnel will be able to intercept the demonstrator before he or she reaches the dignitaries.

23.     Second, the portion of the M Street sidewalk in question provides the best view of the Cathedral from anywhere outside the controlled-access area; the demonstrator area is the location that is closest to the front of the Cathedral. Thus, the location will maximize the demonstrators' ability to communicate their message.

24.     The media and demonstrator areas may need to be relocated if specific threats are reported. In any event, the media and demonstrator areas will be retained as close to the entrance of the Cathedral as possible under the circumstances.

25.     In summary, the Marshals Service has carefully balanced both the security needs of the event and the First Amendment rights of the press and public in developing the protective measures described above. As long as the demonstrators behave lawfully, the only limitation

they will encounter will be the requirement that they demonstrate outside the controlled-access area. In my opinion, this requirement imposes the least possible burden on the demonstrators consistent with ensuring the security of the Supreme Court Justices and other high-level officials who will be attending the event. At the same time, the area reserved for the demonstrators will allow them both to be seen and to be heard by the persons with whom they wish to communicate; thus, the demonstrators will not be prevented from communicating their message.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: September 20, 2005

_____
ROBERT BRANDT

# St. Matthews Cathedral Outside Post Assignments
















