UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

REVEREND PATRICK MAHONEY, et al., )
)
Plaintiffs, )
)
v. ) Civil Action No. 05-1786
) (RCL)
U.S. MARSHALS SERVICE, et. al., )
)
Defendants. )

### DECLARATION OF JAMES BROOKS

I, James Brooks, do hereby state that:

1. I am a Supervisory Inspector in the Investigative Services Division of the United States Marshals Service. I have been employed by the Marshals Service since 1990. I am writing this statement in response to the allegation Reverend Mahoney makes in this lawsuit that his First Amendment rights were violated at the 2003 Red Mass, which was held at St. Matthew's Cathedral.

2. The Red Mass is an annual event that is held in October at the start of the Supreme Court term. Numerous dignitaries have attended this service in the past, including the President of the United States, the Chief Justice of the Supreme Court, Cabinet members, and other federal, state, and foreign dignitaries. The Marshals Service is charged with providing security for this event, with the Metropolitan Police Department ("MPD") providing logistical support. In 2003, I was the Supervisor in Charge of the Marshals Service security operation for the Red Mass.


GOVERNMENT EXHIBIT
D

3. To ensure the security of the event, the Marshals Service put in place a controlled-access area very similar to the one Robert Brandt has described in his declaration of September 20, 2005. The purpose of the controlled-access area was to ensure that non-attending members of the public did not loiter in the immediate vicinity of the Cathedral, thereby creating a potential threat to attendees.

4. During the event, roughly 30 demonstrators gathered outside the controlled-access area. I along with other members of the protection team became concerned when several demonstrators began crossing the police line that marked the perimeter of the controlled-access area. I notified the demonstrators that they were free to enter the controlled-access area to attend the mass, but that they could not enter to demonstrate. Some demonstrators agreed to those terms; they were allowed to enter the controlled-access area and attend the mass.

5. Other demonstrators, including Reverend Mahoney, refused to comply and began crossing the police line and engaging in demonstration activities inside the controlled-access area. Those who did so were escorted back across the line verbally or physically, depending on their will to stay. Several of the demonstrators continued to return to the controlled-access area after being escorted out. This cycle was repeated a number of times. Finally, I informed the demonstrators who refused to remain behind the line (including Reverend Mahoney) that, if they did not move back voluntarily, they would be arrested. In response, they either sat down and refused to move, or stated explicitly that they wanted to be arrested. The Marshals Service arrested these demonstrators and transported them to the Metropolitan Police Department's Second District for processing. They were charged with crossing a police line.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: 9/20/05

_____
JAMES BROOKS