UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REVEREND PATRICK MAHONEY, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>U.S. MARSHALS SERVICE, et. al., )<br>)<br>Defendants. )<br>） | Civil Action No. 05-1786<br>(RCL) |

**ORDER**

UPON CONSIDERATION of Plaintiffs' Motion for a Preliminary Injunction, Defendant U.S. Marshals Service's opposition thereto, and the entire record herein, it is this _____ day of _____, 2005,

ORDERED, that Plaintiff's motion be, and hereby is, DENIED.

_____
ROYCE C. LAMBERTH
United States District Court Judge

cc:   By ECF