UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

REVEREND PATRICK MAHONEY, *et al*.,)
                                                      )
      Plaintiffs,                           )
                                                      )
      -vs-                                     )
                                                      )     Civil Action No. 05-cv-1786-RCL
THE  UNITED  STATES  MARSHALS)
SERVICE, *et al.*,                               )
                                                      )
      Defendants.                          )

**PLAINTIFFS' L.R. 65.1(d) MOTION FOR LEAVE TO FILE
AND POINTS AND AUTHORITIES SUPPORTING THE MOTION
FOR LEAVE TO FILE SUPPLEMENTAL DECLARATIONS IN SUPPORT OF
<u>THE REPLY STATEMENT OF POINTS AND AUTHORITIES</u>**

<u>LOCAL RULE 65.1(d) MOTION FOR LEAVE TO FILE</u>

Come the Plaintiffs, Reverend Patrick Mahoney, Troy Newman, and the Christian Defense

Coalition, pursuant to Local Rule 65.1(c), and respectfully move the Court for an Order in the form

submitted herewith granting permission for the filing of Plaintiffs' Exhibits E and F, previously filed

this date.

For and in support of the motion, the Plaintiffs tender herewith their Statement of Points and

Authorities Supporting the Motion.

PLAINTIFFS' STATEMENT OF POINTS AND AUTHORITIES SUPPORTING
<u>THE MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATIONS</u>

The Plaintiffs offer the following points and authorities for the consideration of the Court in

support of this motion:

      1.      Pursuant to the requirement of Local Rule 7(m), the Plaintiffs report to the Court that

their counsel conferred with counsel for the Defendant regarding the relief sought by this motion.

2.    Counsel for the Defendants have authorized Plaintiffs to report to the Court that the Defendant takes no position on the relief requested herein.

3.    On September 21, 2005, the Defendant caused its opposition to the Plaintiffs' Motion for Preliminary Injunction to be filed and electronically served. See Docket No. 6.

4.    Together with the opposing legal argument, the Defendant submitted four declarations, including one related to incidents that occurred during the October 2004 Red Mass (Deputy Marshal Roberts' Declaration) and another relating publicly for the first time the plans for security at the October 2005 Red Mass (Deputy Marshal Brandt's Declaration).

5.    The supplemental declarations for which leave to file is sought are by Kathleen Mahoney and Reverend Patrick Mahoney.

6.    Reverend Mahoney offers responses to the factual assertions made in the Roberts and Brandt Declarations, including his explanation of why the newly announced security plan fails to provide him with an adequate means of communicating his message together with statements of fact putting in dispute assertions made in those declarations.

7.    Kathleen Mahoney, not a party to the present matter, is a witness who was present during the 2004 Red Mass event and who intends to return again to participate in a prayer vigil and demonstration.

8.    Kathleen Mahoney offers testimony regarding the 2004 Red Mass activities that put into specific and clear dispute the assertions made in the Roberts Declaration.

9.    In addition, Kathleen Mahoney explains why the 2005 Red Mass security plan fails

to secure her First Amendment interests.

10.     This litigation is at the earliest stages of development, and allowance of the filing of supplemental declarations at this juncture would not reflect any kind of after-the-fact recalibration of the facts by one side.  Cf. Galvin v. Eli Lilly & Co., 2005 U.S. Dist. LEXIS 20040, **7-8 (D.D.C. 2005) ("The Court originally rejected the supplemental affidavit as a "post hoc recalibration" of Plaintiff's evidence, noting Plaintiff had failed to present Waltrip's statements to Defendant during discovery. . . .  Plaintiff cannot receive Defendant's motion for summary judgment and then go in search of new evidence with which to attack Defendant's arguments. This contradicts the very notion of a discovery process in which the parties marshal their evidence and disclose it to the other side before making arguments based on the available evidence") (citations and footnote omitted).

11.     Moreover, Plaintiffs' Exhibits E and F are, in fact, responsive to the Declarations of Deputy Marshals Roberts and Brandt, and in particular regarding the Brandt Declaration, the testimony contained in Plaintiffs' Exhibits E and F could not have been provided with the original filing because the security plan was only made public with the filing of the Brandt Declaration. Thus, Exhibits E and F are responsive to the Defendant's Opposition papers.  See Vo Van Chau v. United States Dep't of State, 891 F. Supp. 650, 656 n.4 (D.D.C. 1995) ("Plaintiffs have opposed the supplemental filing of the Sardinas Affidavit. They maintain that the Sardinas Affidavit is not responsive to their supplemental declarations filed with Plaintiffs' Reply, and that the information in the Sardinas Affidavit could have been put forward by defendants in their Opposition. The Court will accept the Sardinas Affidavit for filing as responsive to plaintiffs' supplemental declarations").

CONCLUSION

For the foregoing reasons, the Court should grant the motion for leave to file Plaintiffs'

Supplemental Exhibits.

Dated:  September 27, 2005.

Respectfully submitted,

_____/s/_____
James Matthew Henderson Sr. # 452639
 *Counsel of Record*
The American Center for Law and Justice
201 Maryland Avenue NE
Washington, DC  20002
Telephone:    (202) 546-8890
Facsimile:    (202) 337-3167

*Attorneys for the Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

REVEREND PATRICK MAHONEY, *et al*.,)
                                  )
      Plaintiffs,           )
                                    )
      -vs-                 )     Civil Action No. 05-1786-RCL
                                    )
U. S. MARSHALS SERVICE, *et al.*,  )
                                    )
      Defendants.        )

## CERTIFICATE OF SERVICE

       James M. Henderson, Sr., a member of the bar of this Court, hereby certifies that he caused

a copy of the Plaintiffs' Motion for Leave to File and Statement of Points and Authorities in Support,

together with the Proposed Order and this Certificate of Service to be served on all parties required

to be served by means of the Court's electronic filing system.

       Dated:  September 27, 2005.

                          Respectfully submitted,

                                                  /s/

                                        James Matthew Henderson Sr. # 452639
                                         *Counsel of Record*
                                        The American Center for Law and Justice
                                        201 Maryland Avenue NE
                                        Washington, DC  20002
                                        Telephone:    (202) 546-8890
                                        Facsimile:    (202) 337-3167

                                        *Attorney for the Plaintiffs*