IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REVEREND PATRICK MAHONEY, *et al.*, ) <br> ) <br>    Plaintiffs,    ) <br> ) <br> -vs-    ) <br> ) <br> THE UNITED STATES MARSHALS ) <br> SERVICE, *et al.*,    ) <br> ) <br>    Defendants.    ) | Civil Action No. 05-cv-1786-RCL |

PROPOSED ORDER GRANTING LEAVE TO FILE

This matter is before the Court on the Plaintiffs' motion for leave to file Supplemental Declarations in support of their motion for entry of a Preliminary Injunction. The premises having been considered, and the Defendant taking no position on the relief requested on the motion, the Court concludes that the motion should be granted. It is, therefore,

**ORDERED** that the motion for leave to file Supplemental Declarations is granted nunc pro tunc.

SO ORDERED

DATED: _____

                                                Hon. Royce C. Lamberth
                                                United States District Judge

CC: By ECF