UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **REVEREND PATRICK MAHONEY,** et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. MARSHALS SERVICE, et al., <br><br> Defendants. | ) ) ) ) ) ) ) Civil Action No. 05-1786 (RCL) ) ) ) ) ) |

**ORDER**

This matter is before the Court on the Plaintiffs' motion for leave to file Supplemental Declarations in support of their motion for entry of a Preliminary Injunction. The premises having been considered, and the Defendant taking no position on the relief requested on the motion, the Court concludes that the motion should be granted. It is, therefore,

ORDERED that the motion for leave to file Supplemental Declarations is granted nunc pro tunc.

Hearing on plaintiffs' motion for preliminary injunction is set for 10:15 a.m. on Friday, September 30, 2005.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, September 28, 2005.