UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REVEREND PATRICK MAHONEY, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> U.S. MARSHALS SERVICE, et. al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 05-1786 <br> (RCL) |

**NOTICE OF FILING OF SUPPLEMENTAL DECLARATION**

Pursuant to the parties' conference call with chambers of this afternoon, Defendant United States Marshals Service ("Defendant") hereby respectfully submits the Declaration of Julia A. Pierson in support of Defendant's opposition to Plaintiffs' motion for a preliminary injunction.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

/s/
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney

/s/
STRATTON C. STRAND, D.C. Bar #464992
Assistant United States Attorney