UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **REVEREND PATRICK MAHONEY,** <u>et</u> <u>al.</u>, </br></br>     **Plaintiffs,** </br></br>     v. </br></br> **U.S. MARSHALS SERVICE,** <u>et</u> <u>al.</u>, </br></br>     **Defendants.** | ) </br> ) </br> ) </br> ) </br> )     **Civil Action No. 05-1786 (RCL)** </br> ) </br> ) </br> ) </br> ) |

## **ORDER**

For the reasons stated on the record in open court on September 30, 2005, Plaintiff's Motion [2] for Preliminary Injunction is DENIED.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, September 30, 2005.