UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| REVEREND PATRICK MAHONEY, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-1786 (RCL) |
| U.S. MARSHALS SERVICE, et. al., | ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANT U.S. MARSHALS SERVICE'S CONSENT MOTION
TO EXTEND RESPONSE DEADLINE**

Defendant U.S. Marshals Service ("Defendant" or "USMS"), through counsel, hereby moves to extend by 30 days its deadline to answer, move, or otherwise respond to Plaintiffs' complaint. In support of this motion, Defendant respectfully refers the Court to the attached memorandum of points and authorities.

Pursuant to LCvR 7(m), Defendant's counsel has consulted with Plaintiffs' counsel concerning this motion. Plaintiffs consent to the relief requested.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

/s/
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney

/s/
STRATTON C. STRAND, D.C. Bar #464992
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| REVEREND PATRICK MAHONEY, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> U.S. MARSHALS SERVICE, et. al., ) <br> ) <br> Defendants. ) | Civil Action No. 05-1786 <br> (RCL) |

**MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF DEFENDANT U.S. MARSHALS SERVICE'S
CONSENT MOTION TO EXTEND RESPONSE DEADLINE**

1. Pursuant to Fed. R. Civ. P. 6(b)(1), a deadline set by rule may be extended for good cause if the extension request is made before the expiration of the period prescribed.

2. Plaintiffs filed the complaint herein on Friday, September 9, 2005. The Civil Division of the U.S. Attorney's Office received Plaintiffs' complaint and motion for preliminary injunction on September 12, 2005. Accordingly, Defendant's response to the complaint is due November 14, 2005.

3. On September 30, 2005, the Court held a hearing on Plaintiffs' motion for preliminary injunction. The Court denied Plaintiffs' motion.

4. The undersigned understands that Plaintiffs' counsel will be meeting with his client shortly to decide whether to pursue this case despite the Court's ruling on the motion for preliminary injunction. The undersigned further understands that it is possible Plaintiffs will seek to supplement the complaint to allege new facts in connection with the October 2, 2005,

Red Mass. Defendant does not wish to answer or move to dismiss if such a response may prove to be unnecessary, or if Plaintiffs may attempt to modify the allegations of the complaint. Therefore, to give the parties sufficient time to decide how to proceed with this matter, the undersigned would request that Defendant's deadline to respond to the complaint be extended by 30 days.

    5.    Plaintiff consents to the requested extension.

    6.    The requested extension would not affect any scheduled court appearances or other court deadlines.

WHEREFORE, Defendant respectfully requests that its deadline to answer, move, or otherwise respond to Plaintiffs' complaint be extended through Tuesday, December 13, 2005.

                                          Respectfully submitted,

                                          /s/
                                  KENNETH L. WAINSTEIN, D.C. Bar #451058
                                  United States Attorney

                                          /s/
                                  R. CRAIG LAWRENCE, D.C. Bar #171538
                                  Assistant United States Attorney

                                          /s/
                                  STRATTON C. STRAND, D.C. Bar #464992
                                  Assistant United States Attorney