UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REVEREND PATRICK MAHONEY, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 05-1786 |
| U.S. MARSHALS SERVICE, et. al., | ) (RCL) |
| Defendants. | ) |

**ORDER**

UPON CONSIDERATION of Defendant U.S. Marshals Service's Consent Motion to Extend Response Deadline, its memorandum of points and authorities in support thereof, the lack of any opposition thereto, and the record herein, and it appearing that good cause exists for the requested extension, it is this _____ day of _____, 2005,

ORDERED, that Defendant's motion be, and hereby is, GRANTED, and it is further,

ORDERED, that Defendant shall have until Tuesday, December 13, 2005, to answer, move, or otherwise respond to Plaintiffs' complaint.

_____
ROYCE C. LAMBERTH
United States District Court Judge

cc:   By ECF