UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **REVEREND PATRICK MAHONEY,** <u>et</u>. <u>al</u>., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**U.S. MARSHALS SERVICE,** <u>et al</u>., )<br>)<br>Defendants. )<br>) | Civil Action No. 05-1786 (RCL) |

## ORDER

Upon consideration of Defendant U.S. Marshals Service's Consent Motion [12] to Extend Response Deadline, its memorandum of points and authorities in support thereof, the lack of any opposition thereto, and the record herein, and it appearing that good cause exists for the requested extension, it is hereby

ORDERED that the Defendant's motion [12] is GRANTED; and it is further

ORDERED that Defendant shall have until December 13, 2005, to answer, move, or otherwise respond to Plaintiff's complaint.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, November 15, 2005.