UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| REVEREND PATRICK MAHONEY, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> U.S. MARSHALS SERVICE, et. al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 05-1786 <br> (RCL) |

## STATUS REPORT AND PROPOSED SCHEDULE

Plaintiffs and Defendant U.S. Marshals Service ("the parties") hereby jointly apprise the Court of the status of this case and propose a schedule for further proceedings.

1. On Friday, September 30, 2005, the Court held oral argument on Plaintiffs' motion for a preliminary injunction. At the conclusion of that hearing, the Court denied Plaintiffs' motion.

2. Pursuant to the Court's Order of November 15, 2005, Defendant's response to the complaint is due December 13, 2005. See Dkt. 13. Defendant plans to respond to Plaintiffs' lawsuit by filing a dispositive motion.

3. Plaintiffs' counsel has informed Defendant's counsel that Plaintiffs plan to move to supplement their complaint, *inter alia*, to assert claims regarding alleged violations of their constitutional rights in the manner in which security was enforced at this year's Red Mass.

4. For efficiency's sake, Defendant wishes to respond only to the final version of Plaintiffs' complaint. Thus, while Defendant denies that any allegations or claims relating to the conduct of security at this year's Red Mass possibly could state a valid claim for relief,

Defendant proposes to file its dispositive motion after Plaintiffs have supplemented their complaint. Defendant does not oppose Plaintiffs' request to file a supplemental pleading, but specifically reserves all defenses to whatever allegations and claims Plaintiffs may assert therein.

5.  Plaintiffs understand that Defendant will not be responding to the complaint by the current deadline, December 13, 2005. Plaintiffs agree that Defendant's response shall be stayed until February 3, 2006, the date for Defendant's dispositive motion.

6.  The parties propose the following schedule for the above-described proceedings:

January 4, 2006:     Plaintiffs' deadline to file motion to supplement and proposed supplemental pleading.

February 3, 2006:    Defendant's deadline to file dispositive motion.

February 17, 2006:   Plaintiffs' deadline to file opposition.

March 3, 2006:       Defendant's deadline to file reply.

WHEREFORE, the parties respectfully request that the Court adopt the above schedule for further proceedings herein.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

/s/
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney

/s/
STRATTON C. STRAND, D.C. Bar #464992
Assistant United States Attorney

Counsel for Defendant U.S. Marshals Service

       Respectfully submitted,

       _____/s/_____
       JAMES M. HENDERSON, D.C. Bar #452639
       The American Center for Law and Justice

       Counsel for Plaintiffs