UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REVEREND PATRICK MAHONEY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-1786 |
| ) | (RCL) |
| U.S. MARSHALS SERVICE, et. al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

UPON CONSIDERATION of the Status Report and Proposed Schedule filed jointly by Plaintiffs and Defendant U.S. Marshals Service, and the record herein, and it appearing that good cause exists for the proposed schedule, it is this _____ day of _____, 2005,

ORDERED, that the following schedule shall govern further proceedings herein:

January 4, 2006:   Plaintiffs' deadline to file motion to supplement complaint and proposed supplemental pleading.

February 3, 2006:   Defendant's deadline to file dispositive motion.

February 17, 2006:   Plaintiffs' deadline to file opposition.

March 3, 2006:   Defendant's deadline to file reply

and it is further,

ORDERED, that Defendant shall not be required to respond to the complaint until February 3, 2006, the due date for Defendant's dispositive motion addressing both the complaint and the supplemental pleading.

                                            _____
                                            ROYCE C. LAMBERTH
                                            United States District Court Judge

cc:     By ECF