UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **REVEREND PATRICK MAHONEY,** **et. al.,**     Plaintiffs, v. **U.S. MARSHALS SERVICE, et al.,**     Defendants. | Civil Action No. 05-1786 (RCL) |

## ORDER

Upon consideration of the Status Report [14] and Proposed Schedule filed jointly by plaintiffs and defendants, and the record herein, and it appearing that good cause exists for the proposed schedule, it is hereby

ORDERED that the following schedule shall govern further proceedings herein:

| | |
|---|---|
| January 4, 2006: | Plaintiffs' deadline to file motion to supplement complaint and proposed supplemental pleading. |
| February 3, 2006: | Defendants' deadline to file dispositive motion. |
| February 17, 2006: | Plaintiffs' deadline to file opposition. |
| March 3, 2006: | Defendants' deadline to file reply |

and it is further,

ORDERED that defendants shall not be required to respond to the complaint until February 3, 2006, the due date for Defendant's dispositive motion addressing both the complaint and the supplemental pleading.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, December 13, 2005.