IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REVEREND PATRICK MAHONEY, *et al.,* )<br>)<br>Plaintiffs, )<br>)<br>-vs- )<br>)<br>THE UNITED STATES MARSHALS )<br>SERVICE, *et al.*, )<br>)<br>Defendants. ) | Civil Action No. 1:05-cv-01786-RCL |

<u>PROPOSED ORDER GRANTING MOTION TO AMEND AND SUPPLEMENT</u>

This matter is before the Court on the motion to supplement and to amend the Verified Complaint. Upon the papers and the arguments of the parties it appears to the Court that the motion should be granted.

It is, therefore,

**ORDERED** that Plaintiff's Motion is granted; and it is further

**ORDERED** that the Clerk shall enter on the docket as filed this date the Proposed Amended and Supplemented Complaint.

SO ORDERED

DATED: _____

_____
United States District Judge

CC:

Stratton Strand
Assistant United States Attorney
555 Street NW
Washington, DC 20001

James Matthew Henderson Sr.
The American Center for Law and Justice
201 Maryland Avenue NE
Washington, DC  20002