IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

REVEREND PATRICK MAHONEY, *et al.,*   )
                                           )
                        Plaintiffs, )
                                           )

-vs-                                    )          Civil Action No.  1:05-cv-01786-RCL
                                         )

THE UNITED STATES MARSHALS     )
SERVICE, *et al.*,                   )
                                         )
                      Defendants. )

CERTIFICATE OF SERVICE

     James Matthew Henderson, Sr., certifies that he caused a copy of the Unopposed Motion to Amend and Supplement the Complaint with Statement of Points and Authorities Supporting the Motion,  the Proposed Amended and Supplemented Complaint annexed thereto, the Proposed Order Granting Motion and this Certificate of Service to served on all parties in this matter, by submitting these documents in PDF format to the ECF system of the United States District Court, and by transmitting same as an attachment to an email addressed to Stratton.Strand@usdoj.gov, on this 4th day of January, 2006.

                                         Respectfully submitted,

                                                /s/
                                 James Matthew Henderson Sr. # 452639
                                   *Counsel of Record*
                               The American Center for Law and Justice
                               201 Maryland Avenue NE a
                               Washington, DC  20003
                               (202) 641-9163
                               (202) 546-8623 (fax)
                               JMHenderson@aclj-dc.org
                               *Attorney for the Plaintiffs*