UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **REVEREND PATRICK MAHONEY, et. al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-1786 (RCL) |
| ) | |
| **U.S. MARSHALS SERVICE, et al.,** ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This matter is before the Court on the motion [16] to supplement and to amend the Verified Complaint. Upon the papers and the arguments of the parties it appears to the Court that the motion should be granted. It is, hereby,

ORDERED that Plaintiff's Motion is granted; and it is further

ORDERED that the Clerk shall enter on the docket as filed this date the Proposed Amended and Supplemented Complaint.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, January 13, 2006.