UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REVEREND PATRICK MAHONEY, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES SECRET SERVICE, et. al., )<br>)<br>Defendants. )<br>) | Civil Action No. 05-1786<br>(RCL) |

### DEFENDANT U.S. SECRET SERVICE'S AND DEFENDANT U.S. MARSHALS SERVICE'S CONSENT MOTION TO EXTEND DISPOSITIVE-MOTION DEADLINE

Defendant U.S. Secret Service and Defendant U.S. Marshals Service ("Defendants"), through counsel, hereby move to extend through February 22, 2006, their deadline to file a dispositive motion in response to Plaintiffs' Amended and Supplemented Complaint. In support of this motion, Defendants respectfully refer the Court to the attached memorandum of points and authorities.

Pursuant to LCvR 7(m), Defendants' counsel has consulted with Plaintiffs' counsel concerning this motion. Plaintiffs consent to the relief requested.

Respectfully submitted,

                    /s/
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

                    /s/
STRATTON C. STRAND, D.C. Bar #464992
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REVEREND PATRICK MAHONEY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES SECRET SERVICE, et. al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 05-1786 <br> (RCL) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT U.S. SECRET SERVICE'S AND DEFENDANT U.S. MARSHALS SERVICE'S CONSENT MOTION TO EXTEND DISPOSITIVE-MOTION DEADLINE**

1.  Pursuant to Fed. R. Civ. P. 6(b)(1), a deadline set by court order may be extended for good cause if the extension request is made before the expiration of the period prescribed.

2.  By order dated December 13, 2005, the Court set the following schedule for further proceedings in this case (the Court having previously denied Plaintiffs' preliminary-injunction request):

    January 4, 2006:    Plaintiffs' deadline to file proposed supplemental complaint

    February 3, 2006:   Defendants' deadline to file dispositive motion

    February 17, 2006:  Plaintiffs' deadline to file opposition

    March 3, 2006:      Defendants' deadline to file reply

See Dkt. 15. The Court's order also established that Defendants would not be required to respond to the original complaint herein until February 3, 2006, the due date for Defendants' dispositive motion addressing both the complaint and the supplemental pleading. Id.

3.  On January 4, 2006, Plaintiffs' sought leave to file their proposed Amended and

Supplemented Complaint ("supplemental complaint").  See Dkt. 16.  By order dated January 13, 2006, the Court accepted the supplemental complaint for filing.  See Dkt. 17.

4. Numerous deadlines in other cases will prevent the undersigned from completing Defendants' dispositive motion by February 3, 2006.  Specifically, since Plaintiffs filed their supplemental complaint on January 4, the undersigned has had to file a summary affirmance brief in Steele v. Johanns, 05-5430 (D.C. Cir.); complete discovery in two Title VII cases, Hunter v. Rice, 04-857, and Redd v. Snow, 03-2586; file a reply brief in the five related cases entitled Jyachosky v. England, 04-1733, 04-1734, 05-239, 05-271, and 05-2251; file an answer in Boeing v. U.S. Dep't of the Air Force, 05-365; respond to two emergency subpoena matters in recently-filed miscellaneous actions, Crawford v. U.S. Office of Personnel Management, 05-mc-521, and In Re Zurich American Insurance Co., 05-mc-427; and file a massive, post-discovery summary judgment motion in Hunter, supra.  At the same time, the undersigned devoted a significant amount of time to preparing a dispositive motion in a putative Title VII class action, Howard v. Gutierrez, 05-1968, which is due February 13.  Completing these tasks, and attempting to meet the deadline in the case at bar, have required over 100 hours of overtime in January alone.

5. In addition, the undersigned did not receive until today the declaration on which Defendants' dispositive motion will be based.

6. Given several major deadlines in the first two weeks of February, the undersigned anticipates that he will need until Wednesday, February 22, 2006, to complete Defendants' dispositive motion in the case at bar.

7. Plaintiffs consent to the requested extension on condition that their opposition deadline be extended through March 23, 2006.

WHEREFORE, Defendants respectfully request that their deadline to file a dispositive motion in response to Plaintiffs' original and supplemental complaints be extended through Wednesday, February 22, 2006, and that the corresponding opposition and reply deadlines be extended accordingly.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

/s/
STRATTON C. STRAND, D.C. Bar #464992
Assistant United States Attorney