UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

REVEREND PATRICK MAHONEY, et al.,  )
)
Plaintiffs,  )
)
v.  )  Civil Action No. 05-1786
)  (RCL)
UNITED STATES SECRET SERVICE, et. al.,  )
)
Defendants.  )

**ORDER**

UPON CONSIDERATION of Defendant U.S. Secret Service's and Defendant U.S. Marshals Service's Consent Motion to Extend Dispositive-Motion Deadline, their memorandum of points and authorities in support thereof, the lack of any opposition thereto, and the record herein, and it appearing that good cause exists for the requested extension, it is this _____ day of _____, 2006,

ORDERED, that Defendants' motion be, and hereby is, GRANTED, and it is further,

ORDERED, that Defendants shall have until Wednesday, February 22, 2006, to file their dispositive motion in response to Plaintiffs' Amended and Supplemented Complaint; and it is further

ORDERED, that Plaintiffs' opposition shall be due March 23, 2006, and Defendants' reply shall be due April 6, 2006, and it is further,

ORDERED, that Defendants shall not be required to respond to the original complaint herein until February 22, 2006, the due date for Defendants' dispositive motion addressing both the original complaint and the Amended and Supplemented Complaint.

                                                _____
                                                ROYCE C. LAMBERTH
                                                United States District Court Judge

cc:    By ECF