# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REVEREND PATRICK MAHONEY, <u>et</u>. <u>al</u>., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-1786 (RCL) |
| ) | |
| U.S. MARSHALS SERVICE, <u>et</u> <u>al</u>., ) | |
| ) | |
| Defendants. ) | |

## <u>ORDER</u>

Upon consideration of Defendant U.S. Secret Service's and Defendant U.S. Marshals Service's Consent Motion [19] to Extend Dispositive-Motion Deadline, their memorandum of points and authorities in support thereof, the lack of any opposition thereto, and the record herein, and it appearing that good cause exists for the requested extension, it is hereby

ORDERED, that Defendants' motion is GRANTED, and it is further,

ORDERED, that Defendants shall have until Wednesday, February 22, 2006, to file their dispositive motion in response to Plaintiffs' Amended and Supplemented Complaint; and it is further

ORDERED, that Plaintiffs' opposition shall be due March 23, 2006, and Defendants' reply shall be due April 6, 2006, and it is further,

ORDERED, that Defendants shall not be required to respond to the original complaint herein until February 22, 2006, the due date for Defendants' dispositive motion addressing both the original complaint and the Amended and Supplemented Complaint.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, February 2, 2006.