UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| REVEREND PATRICK MAHONEY, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-1786 (RCL) |
| UNITED STATES SECRET SERVICE, et. al., | ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANT U.S. SECRET SERVICE'S AND DEFENDANT U.S. MARSHALS SERVICE'S CONSENT MOTION TO EXTEND DISPOSITIVE-MOTION DEADLINE**

Defendant U.S. Secret Service and Defendant U.S. Marshals Service ("Defendants"), through counsel, hereby move to extend through March 17, 2006, their deadline to file a dispositive motion in response to Plaintiffs' Amended and Supplemented Complaint. In support of this motion, Defendants respectfully refer the Court to the attached memorandum of points and authorities.

Pursuant to LCvR 7(m), Defendants' counsel has consulted with Plaintiffs' counsel concerning this motion. Plaintiffs consent to the relief requested.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

/s/
STRATTON C. STRAND, D.C. Bar #464992
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REVEREND PATRICK MAHONEY, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES SECRET SERVICE, et. al., )<br>)<br>Defendants. )<br>) | Civil Action No. 05-1786<br>(RCL) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT U.S. SECRET SERVICE'S AND DEFENDANT U.S. MARSHALS SERVICE'S CONSENT MOTION TO EXTEND DISPOSITIVE-MOTION DEADLINE**

1.  Pursuant to Fed. R. Civ. P. 6(b)(1), a deadline set by court order may be extended for good cause if the extension request is made before the expiration of the period prescribed.

2.  By order dated February 2, 2006, the Court extended through February 22, 2006, Defendants' deadline to file a dispositive motion regarding Plaintiffs' Amended and Supplemented Complaint ("supplemental complaint").  See Dkt. 20.  The Court's order set March 23, 2006, as Plaintiffs' opposition deadline, and April 6, 2006, as Defendants' reply deadline.  Id.  The Court's order also provided that Defendants would not be required to respond to the original complaint herein until February 22, 2006, the due date for Defendants' dispositive motion addressing both the complaint and the supplemental complaint.  Id.

3.  Two major deadlines in other cases will prevent the undersigned from completing Defendants' dispositive motion by February 22, 2006.  Specifically, the undersigned's time in February has been almost completely absorbed by preparing the dispositive motion in a putative class action, Howard v. Gutierrez, 05-1968, the due date for which originally was February 13

but now is February 27. In addition, the undersigned has been preparing for a week-long trial in Davis v. Ashcroft, 01-331, which is set to begin March 6. The undersigned does not expect to be able to return his attention to the case at bar until both the Howard dispositive motion, and the Davis trial, are finished. Accordingly, the undersigned anticipates that he will need until March 17, 2006, to complete Defendants' dispositive motion in the case at bar.

4.      Plaintiffs graciously have consented to the requested extension.

WHEREFORE, Defendants respectfully request that their deadline to file a dispositive motion in response to Plaintiffs' original and supplemental complaints be extended through Friday, March 17, 2006, and that the corresponding opposition and reply deadlines be extended accordingly.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

/s/
STRATTON C. STRAND, D.C. Bar #464992
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7236