UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REVEREND PATRICK MAHONEY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-1786 |
| ) | (RCL) |
| UNITED STATES SECRET SERVICE, et. al., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT U.S. SECRET SERVICE'S AND DEFENDANT U.S. MARSHALS SERVICE'S CONSENT MOTION TO EXTEND DISPOSITIVE-MOTION DEADLINE**

Defendant U.S. Secret Service and Defendant U.S. Marshals Service ("Defendants"), through counsel, hereby move to extend through April 17, 2006, their deadline to file a dispositive motion in response to Plaintiffs' Amended and Supplemented Complaint.  In support of this motion, Defendants respectfully refer the Court to the attached memorandum of points and authorities.

Pursuant to LCvR 7(m), Defendants' counsel has consulted with Plaintiffs' counsel concerning this motion.  Plaintiffs consent to the relief requested.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

/s/
STRATTON C. STRAND, D.C. Bar #464992
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| REVEREND PATRICK MAHONEY, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-1786 (RCL) |
| UNITED STATES SECRET SERVICE, et. al., | ) ) ) | |
| Defendants. | ) ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT U.S. SECRET SERVICE'S AND DEFENDANT U.S. MARSHALS SERVICE'S CONSENT MOTION TO EXTEND DISPOSITIVE-MOTION DEADLINE**

1. Pursuant to Fed. R. Civ. P. 6(b)(1), a deadline set by court order may be extended for good cause if the extension request is made before the expiration of the period prescribed.

2. By orders dated February 2 and 23, 2006, the Court extended through March 17, 2006, Defendants' deadline to file a dispositive motion regarding Plaintiffs' Amended and Supplemented Complaint ("supplemental complaint"). See Dkts. 20, 22. The Court set April 17, 2006, as Plaintiffs' opposition deadline, and May 1, 2006, as Defendants' reply deadline. See Dkt. 22. The Court's order also provided that Defendants would not be required to respond to the original complaint herein until March 17, 2006, the due date for Defendants' dispositive motion addressing both the complaint and the supplemental complaint. Id.

3. The undersigned has prepared a draft of Defendants' dispositive motion, but has not been able to finalize it. Specifically, the undersigned's trial in Davis v. Gonzalez, 01-331 (RBW), which was expected to last from March 6 through March 13, was not completed until today, March 17. In addition, the undersigned had to file by today the dispositive motion in a

massive putative class action, Howard v. Gutierrez, 05-1968 (JDB).  Completing these two tasks has prevented the undersigned from being able to complete the dispositive motion in the case at bar.

    4.    The undersigned has received a detail to this office's Appellate Division, and today is his last day in the Civil Division.  He had very much hoped to be able to complete the dispositive motion in this case before his move, but that has proved impossible.  Henceforth, Defendants will be represented by AUSA Marina Braswell.  To ensure that Ms. Braswell has sufficient time to familiarize herself with this case before she must file the dispositive motion, the undersigned respectfully would request that Defendants' dispositive-motion deadline be extended an additional 30 days.

    5.    Plaintiffs graciously have consented to the requested extension.

WHEREFORE, Defendants respectfully request that their deadline to file a dispositive motion in response to Plaintiffs' original and supplemental complaints be extended through Monday, April 17, 2006, and that the corresponding opposition and reply deadlines be extended accordingly.

    Respectfully submitted,

    /s/
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

    /s/
STRATTON C. STRAND, D.C. Bar #464992
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7236