UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REVEREND PATRICK MAHONEY, <u>et al.</u>, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-1786 |
| ) | (RCL) |
| UNITED STATES SECRET SERVICE, <u>et. al.</u>, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

UPON CONSIDERATION of Defendant U.S. Secret Service's and Defendant U.S. Marshals Service's Consent Motion [23] to Extend Dispositive-Motion Deadline, their memorandum of points and authorities in support thereof, the lack of any opposition thereto, and the record herein, and it appearing that good cause exists for the requested extension, it is hereby

ORDERED, that Defendants' motion is GRANTED; and it is further,

ORDERED, that Defendants shall have until Monday, April 17, 2006, to file their dispositive motion in response to Plaintiffs' Amended and Supplemented Complaint; and it is further,

ORDERED, that Plaintiffs' opposition shall be due May 17, 2006, and Defendants' reply shall be due May 31, 2006; and it is further,

ORDERED, that Defendants shall not be required to respond to the original complaint herein until April 17, 2006, the due date for Defendants' dispositive motion addressing both the original complaint and the Amended and Supplemented Complaint.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, March ____, 2006.