UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

REVEREND PATRICK J. MAHONEY, )
  et al. )
                                      )
       Plaintiffs, )
                                      )
       v. )   Civil No. 05-1786 RCL
                                      )
UNITED STATES MARSHALS SERVICE, )
  et al., )
                                      )
       Defendants. )

## PRAECIPE

The Clerk of this Court will please enter the appearance of Assistant United States Attorney Marina Utgoff Braswell as counsel for the defendants in this case and withdraw the appearance of Assistant U.S. Attorney Stratton S. Strand.

                                                    MARINA UTGOFF BRASWELL, D.C. BAR #416587
                                                    Assistant United States Attorney
                                                    Judiciary Center Building
                                                    555 4th Street, N.W.
                                                    Washington, D.C. 20530
                                                    (202) 514-7226


                                                    STRATTON C. STRAND, D.C. BAR # 464992
                                                    Assistant United States Attorney
                                                    Judiciary Center Building
                                                    555 4th Street, N.W.
                                                    Washington, D.C. 20530