```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


REVEREND PATRICK J. MAHONEY,    )
  et al.                        )
                                )
        Plaintiffs,             )
                                )
        v.                      )   Civil No. 05-1786 RCL
                                )
UNITED STATES MARSHALS SERVICE, )
  et al.,                       )
                                )
        Defendants.             )
                                )
```

### DEFENDANT U.S. MARSHALS SERVICE'S CONSENT MOTION
### TO EXTEND RESPONSE DEADLINE

Pursuant to Fed. Rule Civ. P. 6(b), defendant U.S. Marshals Service, through counsel, hereby moves to extend the deadline to answer, move, or otherwise respond to plaintiffs' complaint to May 10, 2006.  This case was recently transferred to AUSA Marina Utgoff Braswell from AUSA Stratton Strand, who has left the Civil Division of the U.S. Attorney's Office in Washington, D.C.  Since receiving the transfer AUSA Braswell has had to:  (1) complete a reply brief in the Court of Appeals; prepare and file a huge Appendix in the Court of Appeals for the same case; and prepare and file final appellant initial and reply briefs in the same case; (2) respond to a large motion for summary judgment in a First Amendment case on remand from the Court of Appeals; (3) file a motion for summary affirmance in the Court of Appeals in another case; (5) file three answers in new cases; and (6) pursue discovery in other ongoing cases.  This motion was not filed

sooner because defense counsel's husband was recently in an automobile accident which has necessitated her being out of the office. Accordingly, for the foregoing reasons, defendant respectfully requests that this unopposed motion for a further enlargement of time be granted.

    Plaintiffs have consented to the relief requested.

               Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____
MARINA UTGOFF BRASWELL, DC BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226