UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **REVEREND PATRICK MAHONEY, et. al.,** ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> **U.S. MARSHALS SERVICE, et al.,** ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 05-1786 (RCL) |

## ORDER

Upon consideration of Defendant U.S. Marshals Service's Consent Motion [27] to Extend Response Deadline, their memorandum of points and authorities in support thereof, the lack of any opposition thereto, and the record herein, and it appearing that good cause exists for the requested extension, it is hereby

ORDERED, that Defendant U.S. Marshals Service's motion is GRANTED; and it is further,

ORDERED, that Defendant shall have until May 10, 2006.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, April 21, 2006.