```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


REVEREND PATRICK J. MAHONEY,     )
  et al.                         )
                                 )
        Plaintiffs,              )
                                 )
        v.                       )   Civil No. 05-1786 RCL
                                 )
UNITED STATES MARSHALS SERVICE,  )
  et al.,                        )
                                 )
        Defendants.              )
                                 )
```

**DEFENDANTS' CONSENT MOTION FOR FURTHER EXTENSION OF TIME**

Pursuant to Fed. Rule Civ. P. 6(b), defendants U.S. Marshals Service and the United States Secret Service, through counsel, move to further extend the deadline to answer, move, or otherwise respond to plaintiffs' complaint, to May 24, 2006. Since filing defendants' last request on April 19, 2006, new defense counsel on this case, AUSA Marina Utgoff Braswell, has had to: (1) prepare and file 65 pages of responses in another First Amendment case; (2) prepare for a hearing concerning a putative Title VII class action case, which included a discussion of a 55-page amended complaint; (3) respond to several discovery issues in other cases; (4) address a matter that is now in the Court of Appeals; (5) work on reply briefs in two other First Amendment cases, one of which is a class action and both of which contain claims against a federal official in his individual capacity; and (6) be absent from the office for medical reasons. Defense counsel will need until May 24th, as she will be out of town for

two and a half days in the next two weeks attending her son's college graduation in Atlanta, Georgia, and upon her return has two filings to complete in the Title VII putative class action case mentioned above.  Accordingly, for the foregoing reasons, defendants respectfully request that this unopposed motion for a further enlargement of time be granted.

    Plaintiffs have consented to the relief requested.

                        Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


_____
MARINA UTGOFF BRASWELL, DC BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226