UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**REVEREND PATRICK MAHONEY,** )
**et. al.,** )
　　　　　　　　　　　　　　　　 )
　　**Plaintiffs,** )
　　　　　　　　　　　　　　　　 )
　　v. )　　**Civil Action No. 05-1786 (RCL)**
　　　　　　　　　　　　　　　　 )
**U.S. MARSHALS SERVICE, et al.,** )
　　　　　　　　　　　　　　　　 )
　　**Defendants.** )
　　　　　　　　　　　　　　　　 )

## ORDER

Upon consideration of Defendants Consent Motion [29] to Extend Response Deadline, their memorandum of points and authorities in support thereof, the lack of any opposition thereto, and the record herein, and it appearing that good cause exists for the requested extension, it is hereby

ORDERED, that Defendants' motion is GRANTED; and it is further,

ORDERED, that Defendants shall have until May 24, 2006 to answer, move, or otherwise respond to plaintiff's complaint.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, May 10, 2006.