```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
```

REVEREND PATRICK J. MAHONEY,      )
  et al.                          )
                                  )
        Plaintiffs,               )
                                  )
        v.                        )   Civil No. 05-1786 RCL
                                  )
UNITED STATES MARSHALS SERVICE,   )
  et al.,                         )
                                  )
        Defendants.               )
                                  )

**DEFENDANTS' CONSENT MOTION FOR FURTHER BRIEF EXTENSION OF TIME**

Pursuant to Fed. Rule Civ. P. 6(b), defendants U.S. Marshals Service and the United States Secret Service, through counsel, move to further extend the deadline to answer, move, or otherwise respond to plaintiffs' complaint, to May 30, 2006. Although defendants' filing is substantially complete, defense counsel has had to spend part of today preparing for a court hearing tomorrow in a Title VII purported class action case, and this has prevented her from completing defendants' dispositive motion in time for review and filing today. Defense counsel anticipates that she will be unable to complete the brief until Friday, May 26th, and seeks an extension to Tuesday, May 30th, the next business day, in order to allow for review and filing. Accordingly, for the foregoing reasons, defendants respectfully request that this unopposed motion for a further brief enlargement of time be granted.

Plaintiffs have consented to the relief requested, and

request that plaintiffs' opposition brief be due July 15th, to which defendants consent.

        Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


_____
MARINA UTGOFF BRASWELL, DC BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226