UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REVEREND PATRICK J. MAHONEY, et al. <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES MARSHALS SERVICE, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil No. 05-1786 RCL <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANTS' CONSENT MOTION FOR ONE-DAY EXTENSION OF TIME**

Pursuant to Fed. Rule Civ. P. 6(b), defendants U.S. Marshals Service and the United States Secret Service, through counsel, move to further extend the deadline to answer, move, or otherwise respond to plaintiffs' complaint, by one day, to May 31, 2006. Defense counsel's computer crashed today which resulted in her being given a new computer in the afternoon. Certain of defendants' filing has had to be re-created, and there simply was insufficient time to do this and have the necessary review in time to file today. Accordingly, for the foregoing reasons, defendants respectfully request that this unopposed motion for a one-day enlargement of time be granted.

Plaintiffs have consented to the relief requested.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____
MARINA UTGOFF BRASWELL, DC BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226