UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REVEREND PATRICK MAHONEY, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action 1:05cv01786-RCL |
| ) | |
| U.S. SECRET SERVICE, et al. ) | |
| ) | |
| Defendants. ) | |

DECLARATION OF TRACY L. STEED,
SPECIAL AGENT
OFFICE OF PROTECTIVE OPERATIONS,
UNITED STATES SECRET SERVICE

TRACY L. STEED declares and states as follows:

1. I am employed by the United States Secret Service (Secret Service) as a Special Agent assigned to the Presidential Protective Division (PPD) of the Office of Protective Operations. I have been a Special Agent since April, 1999.

2. In my capacity as a Special Agent assigned to PPD, I am tasked with providing physical protection to the President and his family. In this capacity, I have served as the site agent assigned to plan the protective measures established at various sites in advance of a Presidential visit.

3. I was assigned as the PPD site agent for the annual Red Mass at St. Matthew=s Cathedral on October 2, 2005. In that capacity, I was involved in both the development of the security plan and in its implementation on the day of the mass.

4. As set forth previously in Deputy Assistant Director (DAD) Julia Pierson=s declaration, the security plan for the Red Mass included temporary restrictions on vehicular and pedestrian traffic in the vicinity of St. Matthew=s Cathedral in order to create a secure area. Those restrictions, set forth in DAD Pierson=s declaration in paragraphs 9, 10, 11, 13, and 14, were in place on

October 2, 2005. A copy of that declaration is attached as Exhibit 1.

5. Dignitaries attending the Red Mass, including members of the United States Supreme Court, arrived via motorcade and entered from the front of the cathedral on Rhode Island Avenue. These individuals also departed from the front of the cathedral at the conclusion of the mass.

6. The President entered the cathedral from the building=s back entrance to facilitate his arrival into a controlled area while not disrupting the magnetometer screening taking place at the front entrance. At the end of the mass, the President departed through the front entrance on Rhode Island Avenue.

7. Individuals who were not attending the mass were permitted to stand on the south sidewalk of Rhode Island Avenue until approximately one hour before the mass began, prior to the arrival of the first dignitary motorcades. At that point, individuals not attending the mass were permitted to stand on the south M Street sidewalk, out of weapons range from the motorcade arrival and departure area at the front entrance of the Cathedral. Individuals not attending the mass were also permitted to stand along the 17th Street sidewalks and the Connecticut Avenue sidewalks.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

2/01/06
Date

Tracy L. Steed
Special Agent
Office of Protective Operations,
United States Secret Service