

Prepared by USAO on 09-14-2005 : strand.st mathews.02.mxd

RHODE ISLAND AVE
CONNECTICUT AVE
18TH ST
17TH ST
M ST
0
0.016 Miles
Prepared by USAO on 09-14-2005 : strand.st mathews.02.mxd

