

Prepared by USAO on 09-14-2005 : strand.st mathews.02.mxd

