IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

REVEREND PATRICK MAHONEY, *et al.*,   )
                                      )
                    Plaintiffs,       )
                                      )
-vs-                                  )        Civil Action No.  1:05-cv-01786-RCL
                                      )
THE UNITED STATES SECRET SERVICE,     )
*et al.*,                             )
                                      )
                    Defendants.       )

SUPPLEMENTAL DECLARATION OF KATHLEEN MAHONEY

I, Kathleen Mahoney, on personal knowledge of the facts stated, hereby make the

following Declaration under penalty of perjury:

1.      On Sunday, October 2nd, 2006, I traveled to the District of Columbia from our

home in Fredericksburg, Virginia, with my husband, Reverend Patrick Mahoney.

2.      We came to the District so that Patrick could carry out as much of his planned

prayer vigil and demonstration in the vicinity of the Cathedral of St. Matthew as he could given

the announced plans of the United States Secret Service to shut down streets and/or sidewalks

near the Cathedral during the morning of the annual Red Mass at the Cathedral.

3.      I arrived at the Cathedral area with my husband, Patrick, at approximately 8:30

a.m.

4.      On arrival, we went across Rhode Island Avenue street from the Cathedral of St.

Supplemental Declaration of Kathleen Mahoney, Page 1

Plaintiffs' Exhibit 8
Supplemental Declaration of Kathleen Mahoney
Mahoney et al v. United States Secret Service et al, No. 1:05-cv-1786-RCL

Matthew.

5.      Attached to this Supplemental Declaration are several photographs taken that morning, marked Attachments 1 through 8.

6.      I have visited the vicinity of the Cathedral on many occasions and am generally familiar with the area.

7.      Attachments 1 through 8 fairly and accurately depict the scenes that are shown in those photographs.

8.      Attachment 1 shows the area immediately across the street from the Cathedral, including the police barricades and police tape, as well as the area reserved for media.

9.      Attachment 1 also depicts my husband, Reverend Mahoney, standing and holding a sign that he had made for his prayer vigil and demonstration.

10.     The sign he is shown holding expresses the message: "Honor God - - Honor the Constitution."

11.     While we were in this area, we spoke with officers who told us that the area where we were standing was not one where we were permitted to be with a sign.

12.     We were told that "our area" was the sidewalk on the south side of M Street.

13.     Upon hearing this, I went to this "assigned" area with my husband and checked it out.

14.     Attachments 2 through 7 fairly and accurately depict the view toward the

Supplemental Declaration of Kathleen Mahoney, Page 2

Plaintiffs' Exhibit 8
Supplemental Declaration of Kathleen Mahoney
Mahoney et al v. United States Secret Service et al, No. 1:05-cv-1786-RCL

Cathedral entrance from the south sidewalk adjacent to M Street.

15.     As those photographs plainly depict, we could barely see the steps of the Cathedral from there.

16.     From that location, we could not distinguish among the faces of persons on the Cathedral steps or in that vicinity.

17.     Not only was the distance so great as to make effective communication of messages impossible, other factors also made communication from that sidewalk to persons entering and leaving the Cathedral impossible.

18.     In this vicinity, where Rhode Island Avenue and M Street nearly converge, there is a wedge shaped block that lies between the Cathedral and the south sidewalk adjacent to M Street.

19.     On that block, at the southern end, there was a large (approximately 5' high, 6' long, 2' deep) white block-like structure that lay directly in the line of sight to the Cathedral.

20.     In addition to that structure there was a tree on that block obscuring the line of sight.

21.     In addition to the obstructions on that block, vehicular traffic on M Street was passing back and forth constantly in front of the unrestricted sidewalk.

22.     Because of the constantly passing traffic, Patrick's sign was obstructed from the line of sight of anyone standing on the Cathedral steps or on the sidewalk at the bottom of those

Supplemental Declaration of Kathleen Mahoney, Page 3

Plaintiffs' Exhibit 8
Supplemental Declaration of Kathleen Mahoney
Mahoney et al v. United States Secret Service et al, No. 1:05-cv-1786-RCL

steps.

23.    At this point in time, I then proceeded to get in line to go in to the Cathedral for the Mass, while leaving my husband outside in the designated area.

24.    On my way in to the Cathedral, I stopped on the steps and looked briefly to see Patrick, but from that location and with the obstructions described above it was impossible to have a clear view of the area where he and I had just been standing.

25.    Following the conclusion of the Mass, I exited the Cathedral at the front entrance, facing Rhode Island Avenue.

26.    Again, at that point in time, I stopped and looked for Patrick departed down the front Cathedral steps and again, stopped to look for my husband with his sign.

27.    I could not see him from the steps.

28.    I also took a photograph aimed in the direction where he had planned to stand with his sign, on the south sidewalk adjacent to M Street.

29.    That photograph is Attachment 8 to this Declaration.

30.    Attachment 8 fairly and accurately depicts the line of sight from the Cathedral steps looking toward the south sidewalk adjacent to M Street.

31.    Attachment 8 shows that the line of sight is, virtually, completely obstructed with passing traffic, the tree, parked vehicles, and the structures on the block between Rhode Island Avenue and M Street.

Supplemental Declaration of Kathleen Mahoney, Page 4

Plaintiffs' Exhibit 8
Supplemental Declaration of Kathleen Mahoney
Mahoney et al v. United States Secret Service et al, No. 1:05-cv-1786-RCL

32.    I could not see any evidence of him or his sign anywhere.

33.    I continued looking for Patrick all the way down the stairs without being able to see him because of the intervening obstructions.

34.    I then continued looking for Patrick as I crossed Rhode Island Avenue but could not seem him from that closer location because of all the passing vehicular and pedestrian traffic.

35.    Patrick and I had planned to meet up at the location on the south sidewalk adjacent to M Street where he would be permitted to conduct his prayer vigil and demonstration.

36.    Because I had looked for him there and could not see him, I concluded that something had come up and led to his going somewhere else in the vicinity of the Cathedral.

37.    I went to the nearby street corner of Connecticut Avenue and waited for about ten minutes before Patrick showed up.

38.    When he arrived, he asked why I had not kept to the plan and come over to him in the designated area.

39.    I was rather stunned that he had been there all along, and told him I thought he had gone to some other area since I could not see him in the designated area.

Supplemental Declaration of Kathleen Mahoney, Page 5

Plaintiffs' Exhibit 8
Supplemental Declaration of Kathleen Mahoney
Mahoney et al v. United States Secret Service et al, No. 1:05-cv-1786-RCL

Further Your Declarant Sayeth Not.

I, Kathleen Mahoney, hereby declare that the foregoing statement is true and correct under penalty of perjury of the District of Columbia. Done this 12th day of July, 2006.

KATHLEEN MAHONEY

Supplemental Declaration of Kathleen Mahoney, Page 6

Plaintiffs' Exhibit 8
Supplemental Declaration of Kathleen Mahoney
Mahoney et al v. United States Secret Service et al, No. 1:05-cv-1786-RCL



Attachment 1 to Second Declaration of Katie Mahoney
Mahoney, et al. vs. The United States Secret Service, et al., No. 1:05-cv-01786-RCL



Attachment 2 to Second Declaration of Katie Mahoney
Mahoney, et al. vs. The United States Secret Service, et al., No.  1:05-cv-01786-RCL



Attachment 3 to Second Declaration of Katie Mahoney
Mahoney, et al. vs. The United States Secret Service, et al., No. 1:05-cv-01786-RCL



Attachment 4 to Second Declaration of Katie Mahoney
Mahoney, et al. vs. The United States Secret Service, et al., No.  1:05-cv-01786-RCL



Attachment 5 to Second Declaration of Katie Mahoney
Mahoney, et al. vs. The United States Secret Service, et al., No.  1:05-cv-01786-RCL



Attachment 6 to Second Declaration of Katie Mahoney
Mahoney, et al. vs. The United States Secret Service, et al., No. 1:05-cv-01786-RCL



Attachment 7 to Second Declaration of Katie Mahoney
Mahoney, et al. vs. The United States Secret Service, et al., No.  1:05-cv-01786-RCL



Attachment 8 to Second Declaration of Katie Mahoney
Mahoney, et al. vs. The United States Secret Service, et al., No.  1:05-cv-01786-RCL