IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REVEREND PATRICK MAHONEY, *et al.*,  ) | |
| ) | |
| Plaintiffs,  ) | |
| ) | |
| -vs-  ) | Civil Action No. 1:05-cv-01786-RCL |
| ) | |
| THE UNITED STATES SECRET SERVICE,  ) | |
| *et al.*,  ) | |
| ) | |
| Defendants.  ) | |

PROPOSED ORDER DENYING MOTION TO DISMISS
AND ALTERNATIVE MOTION FOR SUMMARY JUDGMENT

This matter is before the Court on the Defendants' Motion to Dismiss or, in the alternative, For Summary Judgment. The arguments of the parties having been considered, it appears to the Court that the denial of the Defendants' motion is just and proper. It is, therefore,

**ORDERED** that the motion of the Defendants to dismiss or in the alternative for summary judgment is denied, and it is further

**ORDERED** that the Defendants shall answer, or further plead, within ten days from the date of this Order

_____
UNITED STATES DISTRICT JUDGE

Copies to:

James Matthew Henderson, Sr.
The American Center for Law and Justice, Inc.
201 Maryland Avenue NE
Washington, DC  20002

Marina Utgoff Braswell, AUSA
U.S. Attorney's Office
Judiciary Center Building
555 4th Street NW
Washington, DC 20530