UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REVEREND PATRICK J. MAHONEY, et al. | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil No. 05-1786 RCL ) |
| UNITED STATES MARSHALS SERVICE, et al., | ) ) ) |
| Defendants. | ) ) ) |

### DEFENDANTS' CONSENT MOTION
### TO EXTEND RESPONSE DEADLINE

Pursuant to Fed. Rule Civ. P. 6(b), defendants hereby move to extend the deadline to reply to plaintiffs' opposition to defendant's dispositive motion. Defense counsel did not file this motion earlier because she had thought that the parties had agreed and filed a briefing schedule request that included a date for the reply brief. Upon learning that this was not the case, defense counsel contacted plaintiffs' counsel, who graciously agreed to consent to August 31, 2006, as a reply date for defendants.

Since receiving plaintiffs' opposition, AUSA Braswell has had to: (1) complete a dispositive motion and reply to an opposition to a dispositive motion in the Court of Appeals; (2) file five briefs in different cases in this Court; (3) defend two depositions, which also involved two days of witness preparation; and (3) address several discovery issues in a purported class

action Title VII case. Defense counsel will be out of the office next week, and on August 15th her son will undergo reconstructive knee surgery, necessitating her absence from the office for a few days.

Accordingly, the extension to August 31st is being sought in order to give lead defense counsel the time needed to prepare defendants' reply in a thorough manner.

For the foregoing reasons, defendants respectfully request that this unopposed motion for an enlargement of time be granted.

                              Respectfully submitted,

                              _____
                              KENNETH L. WAINSTEIN, D.C. BAR #451058
                              United States Attorney

                              _____
                              RUDOLPH CONTRERAS, D.C. BAR # 434122
                              Assistant United States Attorney

                              _____
                              MARINA UTGOFF BRASWELL, DC BAR #416587
                              Assistant United States Attorney
                              U.S. Attorney's Office
                              555 4th Street, N.W. - Civil Division
                              Washington, D.C. 20530
                              (202) 514-7226