UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

REVEREND PATRICK J. MAHONEY,          )
  et al.                              )
                                      )
          Plaintiffs,                 )
                                      )
          v.                          )    Civil No. 05-1786 RCL
                                      )
UNITED STATES MARSHALS SERVICE,       )
  et al.,                             )
                                      )
          Defendants.                 )
_____)

**DEFENDANTS' CONSENT MOTION
TO FURTHER EXTEND RESPONSE DEADLINE**

Pursuant to Fed. Rule Civ. P. 6(b), defendants hereby move to further extend the deadline to reply to plaintiffs' opposition to defendants' dispositive motion, to September 11, 2006. Defense counsel has had to be out of the office more than anticipated lately to care for her son who has just undergone reconstructive knee surgery.  Additionally, until a few days ago, defense counsel was preparing for a trial due to begin in early September (the trial was just postponed).

Accordingly, the extension to September 11th is being sought in order to give lead defense counsel the time needed to finish defendants' reply in a thorough manner.

For the foregoing reasons, defendants respectfully request that this unopposed motion for a further enlargement of time be

granted.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


_____
MARINA UTGOFF BRASWELL, DC BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226