UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **REVEREND PATRICK J. MAHONEY,** <u>et</u>. <u>al</u>., )<br>)<br>  Plaintiffs, )<br>)<br>  v. )<br>)<br>**U.S. MARSHALS SERVICE,** <u>et al</u>., )<br>)<br>  Defendants. )<br>) | Civil Action No. 05-1786 (RCL) |

## ORDER

Upon consideration of Defendant U.S. Marshals Service's Consent Motion [40] to Further Extend Response Deadline, the lack of any opposition thereto, and the record herein, and it appearing that good cause exists for the requested extension, it is hereby

ORDERED that the Defendants' motion [40] is GRANTED; and it is further

ORDERED that Defendants shall have until Monday, September 11, 2006, to reply to Plaintiffs' opposition to Defendants' dispositive motion.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, August 31, 2006.