```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| REVEREND PATRICK J. MAHONEY, <u>et al</u>. | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil No. 05-1786 RCL ) |
| UNITED STATES MARSHALS SERVICE, <u>et al</u>., | ) ) ) |
| Defendants. | ) ) ) |

**DEFENDANTS' CONSENT MOTION**
**TO FURTHER EXTEND RESPONSE DEADLINE**

Pursuant to Fed. Rule Civ. P. 6(b), defendants hereby move to further extend the deadline to reply to plaintiffs' opposition to defendants' dispositive motion, to September 18, 2006. Defense counsel has had to prepare for a Court of Appeals' argument held last Friday, and was also out of the office recently due to illness. Accordingly, the extension to September 18th is being sought in order to give lead defense counsel the time needed to finish defendants' reply in a thorough manner.

For the foregoing reasons, defendants respectfully request that this unopposed motion for a further enlargement of time be

granted.

                    Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____
MARINA UTGOFF BRASWELL, DC BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226