UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REVEREND PATRICK J. MAHONEY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES MARSHALS SERVICE, et al., <br><br> Defendants. | ) ) ) ) ) ) ) Civil Action No. 05-1786 (RCL) ) ) ) ) ) ) |

## ORDER

Defendants' Motion [42] to Further Extend Response Deadline is hereby,

GRANTED in part and DENIED in part.

Defendants will have until 4:30 p.m. on September 15, 2006 to reply to Plaintiffs' opposition to their dispositive motion. No further extensions of time will be granted.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, September 12, 2006.