UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

_____

REVEREND PATRICK MAHONEY, ET AL.,    )
                                               )
      PLAINTIFFS,                   )
v.                                        )CIVIL ACTION NO. 1:05-01786
                                             )
THE UNITED STATES SECRET SERVICE,    )
ET AL.                                     )
                                           )
      DEFENDANTS.              )

_____

DECLARATION OF THOMAS E. HEDGEPETH

I, Thomas E. Hedgepeth, Supervisory Deputy United States Marshal, declare the following to be true and correct:

     1.  I am a Supervisory Deputy United States Marshal for the United States Marshals Service (USMS), Department of Justice, Washington, D.C.  I am responsible for the USMS Protection Detail for the Red Mass Celebration.

     2.  As part of its protection responsibilities, the USMS prepares an Operations and Security plan.  This plan includes, among other things, a request made to the District of Columbia, Metropolitan Police Department (MPD) to close certain streets near the location of the Red Mass Celebration pursuant to its authority.  Therefore, any restrictions on sidewalks during the Red Mass are carried out, upon request, by MPD pursuant to 24 DCMR §§ 2100 et seq.

                                 _____/s/_____
                                 Thomas E. Hedgepeth
                                 Supervisory Deputy United States Marshal
                                 United States Marshals Service
                                 Washington, D.C. 20530-1000

Executed on: September 15, 2006