UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **REVEREND PATRICK J. MAHONEY,** *et al.*, ) ) ) **Plaintiffs,** ) ) v. ) ) **UNITED STATES** ) **MARSHALS SERVICE,** *et al.*, ) ) **Defendants.** ) ) | Civil Action No. 05-1786 (RCL) |

## ORDER

In accordance with the Memorandum Opinion issued this date, and upon consideration of the defendants' Motion [35] for Summary Judgment, the opposition thereto, the reply brief, the applicable law, and the entire record herein, it is hereby

ORDERED that defendants' Motion [35] for Summary Judgment is GRANTED; and it is further

ORDERED that JUDGMENT is hereby ENTERED in this case against the plaintiffs and in favor of the defendants; and it is further

ORDERED that the plaintiffs' complaint is hereby DISMISSED WITH PREJUDICE.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, September 27, 2006.