IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REVEREND PATRICK MAHONEY, *et al.*, | ) ) |
| Plaintiffs, | ) ) ) |
| -vs- | ) Civil Action No.  1:05-cv-01786-RCL ) |
| THE UNITED STATES MARSHALS SERVICE, *et al.*, | ) ) ) |
| Defendants. | ) |

PROPOSED ORDER GRANTING MOTION
TO ALTER OR AMEND THE JUDGMENT

This matter is before the Court on the motion to alter or amend the judgment entered on September 27, 2006.  The premises thereof considered, it appears to the Court that the motion should be granted.

It is, therefore,

**ORDERED** that Plaintiff's Motion is granted; and it is further

**ORDERED** that the Clerk shall strike the Judgment entered on September 27, 2006, from the docket in this matter.

A further Judgment and Memorandum Opinion shall issue in due course.

SO ORDERED

DATED: _____

_____<br>
United States District Judge

CC:

Marina Braswell
Assistant United States Attorney
555 Street NW
Washington, DC 20001

James Matthew Henderson Sr.
The American Center for Law and Justice
201 Maryland Avenue NE
Washington, DC  20002