IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| REVEREND PATRICK MAHONEY, *et al.,* | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No.  1:05-cv-01786-RCL |
| -vs- | ) | |
| | ) | |
| THE UNITED STATES MARSHALS SERVICE, *et al.,* | ) | |
| | ) | |
| | ) | |
| Defendants. | | |

## CERTIFICATE OF SERVICE

James Matthew Henderson, Sr., certifies that he caused a copy of the Motion to Alter or Amend the Judgment together with a Statement of Points and Authorities Supporting the Motion,  the Proposed Order Granting Motion and this Certificate of Service to served on all parties in this matter, by submitting these documents in PDF format to the ECF system of the United States District Court, and by transmitting same as an attachment to an email addressed to Marina.Braswell@usdoj.gov, on this 12th day of October, 2006.

Respectfully submitted,

_____/s/_____

James Matthew Henderson Sr. # 452639

   *Counsel of Record*

The American Center for Law and Justice

201 Maryland Avenue NE

Washington, DC  20002

(202) 641-9163

(202) 546-8623 (fax)

JMHenderson@aclj-dc.org

*Attorney for the Plaintiffs*