UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REVEREND PATRICK J. MAHONEY, et al. | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil No. 05-1786 RCL ) |
| UNITED STATES MARSHALS SERVICE, et al., | ) ) ) |
| Defendants. | ) ) ) |

**DEFENDANTS' CONSENT MOTION
TO A ONE-DAY EXTENSION OF TIME**

Pursuant to Fed. Rule Civ. P. 6(b), defendants hereby move for a one-day extension of time, to and including October 27, 2006, to reply to plaintiffs' motion for reconsideration. Defense counsel has been in depositions the last two days and although the response is complete she was unable to complete it in time for review and filing today. The one extra day is to allow for agency and supervisory review of the opposition brief, and for filing it after that review.

Plaintiffs' counsel has graciously consented to this motion.

For the foregoing reasons, defendants respectfully request that this unopposed motion for an enlargement of time be

granted.

                Respectfully submitted,

                _____
                JEFFREY A. TAYLOR, D.C. BAR #498610
                United States Attorney

                _____
                RUDOLPH CONTRERAS, D.C. BAR # 434122
                Assistant United States Attorney

                _____
                MARINA UTGOFF BRASWELL, DC BAR #416587
                Assistant United States Attorney
                U.S. Attorney's Office
                555 4th Street, N.W. - Civil Division
                Washington, D.C. 20530
                (202) 514-7226