UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **REVEREND PATRICK J. MAHONEY,** *et al.*,  )<br>  )<br>  Plaintiffs,  )<br>  )<br>  v.  )<br>  )<br>**UNITED STATES**  )<br>**MARSHALS SERVICE,** *et al.*,  )<br>  )<br>  Defendants.  )<br>  ) | Civil Action No. 05-1786 (RCL) |

## ORDER

Upon consideration of defendants' unopposed Consent Motion to a One-Day Extension of Time [48] to oppose plaintiffs' motion for reconsideration, the motion is hereby

GRANTED. Defendants will have to and including October 27, 2006 to file their opposition.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, October 27, 2006.